KYLE R. KNAPP
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Kenneth Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KENNETH HERNANDEZ,<br><br>　　　　　　　Defendant. | CASE NO.  11CR-188 - LJO<br><br>STIPULATION AND ORDER CONTINUING DATE FOR JUDGEMENT AND SENTENCING |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kimberly Sanchez, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, KENNETH HERNANDEZ, that the current hearing date of November 4, 2013 be vacated and the matter be re-set for December 2, 2013 at 10:30 am.  Additional time is needed to fully address and potentially resolve some relevant conduct issues and deal with and explore some state court warrants, including one for attempted murder that reflects upon the same. Defense counsel also needs further time to object to some issues revealed in the Fifty-three page long presentence report.  The pre-sentence report contains a tremendous amount of material that needs to be rebutted.  Finally, I have been unable to meet and fully confer with my client as he is housed in Bakersfield and communication has been a logistical problem.

1

It is respectfully requested that due to the need to resolve and explore the state court criminal issues and to fully rebut and address the copious material contained within the pre-sentence report that the matter be re-set with a revised briefing schedule.  Expressly, that the Informal Objections be due to the government and probation on November 11, 2013; final PSR due on November 18, 2013; and the Formal Objections be filed with the court and served on probation no later than November 25, 2013.

Dated:  October 14, 2013                                                                   Respectfully submitted.

  /s/ Kyle R. Knapp  
Kyle R. Knapp
Attorney for Defendant, Kenneth Hernandez

Dated: October 14, 2013                                                                   Respectfully submitted.

  /s/ Kimberly Sanchez  
Kimberly Sanchez
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the November 4, 2013 hearing is vacated and the matter is re-set for judgment and sentencing on December 2, 2013. Further, that Informal Objections are due by November 11, 2013 and the formals be filed and served no later than November 25, 2013.

IT IS SO ORDERED.

   Dated:   **October 15, 2013**              /s/ Lawrence J. O'Neill  
UNITED STATES DISTRICT JUDGE