McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KENNETH HERNANDEZ,<br><br>                    Defendant. | CASE NO. 1:11-CR-0000188<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.      Defendant Kenneth Hernandez filed a pro se motion for reduction in sentence and compassionate release on July 6, 2020.  Docket No. 166.  On July 9, 2020, the Court referred the case to the Federal Defender's Office and directed the parties to confer by July 14 in an attempt to stipulate to a briefing schedule.  Docket No. 167.  On July 14, 2020, the Court appointed counsel for the defendant.  Docket No. 168.  The parties conferred and agree to the following schedule:

        a.   September 1, 2020:  defendant's supplemental briefing;

        b.   September 15, 2020:  government's response;

        c.   September 18,2020:  defendant's reply

2.   Counsel for the defendant agrees with this request.

1    2.    The parties desire additional time for briefing on defendant's motion. Accordingly, by

2 this stipulation, the parties now move that:

3         a)    The defendant's supplemental briefing to defendant's motion, Docket No. 166, be

4 due on September 1, 2020.

5         b)    The government's opposition or response to defendant's motion and supplement

6 be due on September 15, 2020; and

7         b)    The defense reply, if any, will be due on September18, 2020.

8

9    IT IS SO STIPULATED.

10

11                                        McGREGOR W. SCOTT
                                          United States Attorney

12  Dated:  July 17, 2020

13                                        /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
14                                        Assistant United States Attorney

15

16  Dated:  July 17, 2020               /s/ Michael Long
                                          MICHAEL LONG
17                                        Counsel for Defendant Kenneth Hernandez

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

a)      The defendant's supplemental briefing to defendant's motion, Docket No. 166, is due on September 1, 2020.

b)      The government's opposition or response to defendant's motion and supplement is due on September 15, 2020; and

c)      The defense reply, if any, is due on September18, 2020.

IT IS SO ORDERED.

Dated:   **July 20, 2020**                    _____

UNITED STATES DISTRICT JUDGE