MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
mike.long.law@msn.com

Attorney for KENNETH HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>KENNETH HERNANDEZ,<br><br>                    Defendant. | CASE NO. 1:11-CR-0000188<br><br>STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

# STIPULATION

1. Defendant Kenneth Hernandez filed a pro se motion for reduction in sentence and compassionate release on July 6, 2020.  Docket No. 166.  On July 9, 2020, the Court to the Federal Defender's Office and directed the parties to confer by July 14 in an attempt to stipulate to a briefing schedule.  Docket No. 167.  On July 14, 2020, the Court appointed counsel for the defendant.  Docket No. 168.  On July 21, 2020. the Court ordered a briefing schedule.  Docket No. 170.

2. The parties conferred and agree to the following amended briefing schedule:

   a. October 1, 2020:  defendant's supplemental briefing;

   b. October 15, 2020:  government's response;

   c. October 22,2020:  defendant's reply

3. Counsel for the defendant agrees with this request.

2. The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The defendant's supplemental briefing to defendant's motion, Docket No. 166, be due on October 1, 2020.

    b) The government's opposition or response to defendant's motion and supplement be due on October 15, 2020; and

    b) The defense reply, if any, will be due on October 22, 2020.

IT IS SO STIPULATED.

                                                      McGREGOR W. SCOTT
                                                      United States Attorney

Dated: August 24, 2020

                                                      */s/ Kimberly A. Sanchez*
                                                      KIMBERLY A. SANCHEZ
                                                      Assistant United States Attorney

Dated: August 24, 2020                        /s/ *Michael Long*
                                                      MICHAEL LONG
                                                      Counsel for Defendant Kenneth Hernandez

# FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)     The defendant's supplemental briefing to defendant's motion, Docket No. 166, be due on October 1, 2020.

    b)     The government's opposition or response to defendant's motion and supplement be due on October 15, 2020; and

    b)     The defense reply, if any, will be due on October 22, 2020.

IT IS SO ORDERED.

Dated: __**August 24, 2020**__            _/s/ Dale A. Drozd_
                                             UNITED STATES DISTRICT JUDGE