MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
mike.long.law@msn.com

Attorney for KENNETH HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH HERNANDEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:11-CR-0000188<br><br>STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.   Defendant Kenneth Hernandez filed a pro se motion for reduction in sentence and compassionate release on July 6, 2020.  Docket No. 166.  On July 9, 2020, the Court to the Federal Defender's Office and directed the parties to confer by July 14 in an attempt to stipulate to a briefing schedule.  Docket No. 167.  On July 14, 2020, the Court appointed counsel for the defendant.  Docket No. 168.  On July 21, 2020. the Court ordered a briefing schedule.  Docket No. 170.  The Court ordered an amended briefing schedule.  Docket No. 172.  Because defense counsel is still obtaining medical records from civilian hospitals, a further amended briefing schedule is necessary.

2.   The parties conferred and agree to the following second amended briefing schedule:

　　a.   December 7, 2020:  defendant's supplemental briefing;

　　b.   December 21, 2020:  government's response;

　　c.   December 28, 2020:  defendant's reply

3.   Counsel for the government agrees with this request.

IT IS SO STIPULATED.

Dated:  October 16, 2020 　　　　　　　　　　　/s/ *Michael Long*
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL LONG
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Kenneth Hernandez


　　　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated:  October 16, 2020
　　　　　　　　　　　　　　　　　　　　　　　*/s/ Antonio Pataca*
　　　　　　　　　　　　　　　　　　　　　　　ANTONIO PATACA
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The defendant's supplemental briefing to defendant's motion be due on December 7, 2020.

    b)    The government's opposition or response to defendant's motion and supplement be due on December 21, 2020; and

    b)    The defense reply, if any, will be due on December 28, 2020.

IT IS SO ORDERED.

Dated: __**October 19, 2020**__                 _/s/ Dale A. Drozd_
                                                        UNITED STATES DISTRICT JUDGE