MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:  (916) 442-8299
Email:         mike.long.law@msn.com

Attorney for Defendant
KENNETH HERNANDEZ

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     vs.<br><br>KENNETH HERNANDEZ.<br><br>            Defendant | Case No.: 1:11-cr-00188-2-NONE-BAM<br><br>**ORDER TO FILE UNDER SEAL EXHIBITS C AND D TO MOTION FOR COMPASSIONATE RELEASE** |

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** THAT EXHIBITS C, D AND H SHALL BE FILED UNDER SEAL.

IT IS SO ORDERED.

Dated:  **December 8, 2020**            _____
                                          UNITED STATES DISTRICT JUDGE